1  JOHN DeQ. BRIGGS (Admitted *pro hac vice*)
   jdb@avhlaw.com
2  DANIEL J. MATHESON (Admitted *pro hac vice*)
   djm@avhlaw.com
3  MICHAEL L. KEELEY (Admitted *pro hac vice*)
   mlk@avhlaw.com
4  AXINN VELTROP & HARKRIDER LLP
   1330 Connecticut Avenue
5  Washington, DC  20036
   Telephone:  (202) 912-4700
6  Facsimile:  (202) 912-4701

7  MICHAEL G. COWIE (Admitted *pro hac vice*)
   cowiem@howrey.com
8  TODD BRECHER (Admitted *pro hac vice*)
   brechert@howrey.com
9  HOWREY LLP
   1299 Pennsylvania Avenue NW
10 Washington, DC  20004
   Telephone:  (202) 783-0800
11 Facsimile:  (202) 383-6610

12 [ADDITIONAL COUNSEL LISTED ON NEXT PAGE]

13            UNITED STATES DISTRICT COURT

14            CENTRAL DISTRICT OF CALIFORNIA

15                  WESTERN DIVISION

16 HEXCEL CORPORATION,                ) Case No. 2:09-cv-05334-MRP-RNB
                                      )
17          Plaintiff,                ) The Honorable Mariana R. Pfaelzer
                                      )
18     vs.                            ) **DECLARATION OF DANIEL J.**
                                      ) **MATHESON IN SUPPORT OF**
19 INEOS POLYMERS, INC., f/k/a BP     ) **HEXCEL'S OPPOSITION TO BP**
   AMOCO POLYMERS, INC.,              ) **AMOCO'S MOTION FOR**
20                                    ) **SUMMARY JUDGMENT**
            Defendant.               )
21                                    )
                                      )
22                                    ) Date:      October 12, 2010
                                      ) Time:      1:00 p.m.
23                                    ) Place:     Room No. 12
                                      )
24                                    )
                                      )
25 _____)

26

27

28

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

NYDOCS:48176.1

1  ROMAN E. DARMER (SBN 212578)
   darmerr@howrey.com
2  STEPHANIE M. BYERLY (SBN 199223)
   byerlys@howrey.com
3  HOWREY LLP
   4 Park Plaza, Suite 1700
4  Irvine, CA  92614
   Telephone:  (949) 721-6900
5  Facsimile:  (949) 721-6910

6
   Attorneys for Plaintiff
7  HEXCEL CORPORATION

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-ii-

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

NYDOCS:48176.1

# DECLARATION OF DANIEL J. MATHESON

I, Daniel J. Matheson, hereby declare as follows:

1.     I submit this declaration in support of Hexcel Corporation's Opposition to BP Amoco's Motion for Summary Judgment. I am an attorney in the law firm Axinn, Veltrop & Harkrider and am one of the attorneys of record for Plaintiff Hexcel.  I make this declaration based on personal knowledge.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a report dated March 1, 1996, written by S. Kondo partly in English and partly in Japanese, and an English-language translation of the Japanese portions. Produced as HRA 00004460 – 4481.

3.     Attached hereto as Exhibit 2 is a true and correct copy of an internal Toray Memorandum, dated June 18, 1996, written by O. Kuroiwa in Japanese, and an English-language translation.  Produced as HRA 00003783 – 3791.

4.     Attached hereto as Exhibit 3 is a true and correct copy of a Japanese-language handwritten fax authored by S. Kondo, dated March 31, 1995, and an English-language translation. Produced as HRA 00003792 – 3800.

5.     Attached hereto as Exhibit 4 is a true and correct copy of a fax dated October 7, 1993, from N. Ichikawa to D. J. Delong and K. Maruyama. Produced as HRA 00003844.

6.     Attached hereto as Exhibit 5 is a true and correct copy of internal Toray correspondence, dated December 9, 1994, from M. Kawamura ("CDE") to Mr. Katsumoto and K. Maruyama ("CDM"). Produced as HRA 00003843.

7.     Attached hereto as Exhibit 6 is a true and correct copy of Japanese-language internal Toho correspondence from Mr. Yamada to J. Yoshida and M. Sekiguchi, dated August 24, 1995, produced as HRA 00003778, and an English-language translation.  This document bears the designation Exhibit 778, applied at the October 18, 2002, Deposition of J. Yoshida, as well as document control numbers Toho 025761 and THR 00053936.

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

NYDOCS:48176.1

8.     Attached hereto as Exhibit 7 is a true and correct copy of undated handwritten notes originally produced by KBK. Produced as HRA 00004450 – 4455.

9.     Attached hereto as Exhibit 8 is a true and correct copy of an internal Toho communication, dated August 18, 1993, from J. Yoshida to H. Long, with handwritten notes added by E. Scholten. Produced as HRA 00004346.

10.    Attached hereto as Exhibit 9 is a true and correct copy of an internal Toho report written in the Japanese language regarding a May 10, 1996, meeting between Toho and Amoco's D. J. Delong, and an English-language translation.  Produced as HRA 00003801 – 3807.

11.    Attached hereto as Exhibit 10 is a true and correct copy of an internal Toray Japanese-language report prepared by M. Kawamura, dated May 12, 1995, provided to N. Ichikawa and others, and an English-language translation. Produced as HRA 00003808 – 3842.

12.    Attached hereto as Exhibit 11 is a true and correct copy of correspondence dated October 18, 1995, sent from M. Kawamura ("CDE") to O. Kuroiwa and S. Carmichael. Produced as HRA 00003845 – 3846.

13.    Attached hereto as Exhibit 12 is a true and correct copy of undated handwritten notes originally produced by BP. Produced as HRA 00004353.

14.    Attached hereto as Exhibit 13 is a true and correct copy of a handwritten Japanese-language report written by Mr. Hirosaka (KBK Atlanta) regarding a meeting with D. J. Delong, and an English-language translation.

15.    Attached hereto as Exhibit 14 is a true and correct copy of a handwritten Japanese-language report written by Mr. Hirosaka (KBK Atlanta) dated September 30, 1993 regarding a meeting between Mr. Ichikawa and D. J. Delong, and a cover note dated October 1, 1993 from Mr. Matsubara to Mr. Kawamura, and an English-language translation. Produced as HRA P 00011577 – 11587.

-4-

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

NYDOCS:48176.1

16.    Attached hereto as Exhibit 15 is a true and correct copy of a handwritten Japanese-language report by Y. Nogami dated May 3, 1994, and an English-language translation.  Produced as HRA 00003853 – 3868.

17.    Attached hereto as Exhibit 16 is a true and correct copy of handwritten notes dated February 7, 1995, originally produced by BP.

18.    Attached hereto as Exhibit 17 is a true and correct copy of correspondence from S. Kondo to D. J. Delong, dated August 14, 1998. Produced as BP-DJD-13496 – 13497.

19.    Attached hereto as Exhibit 18 is a true and correct copy of Japanese-language report dated October 6, 1995 authored by Mr. Watanabe, and an English-language translation. Produced as HRA P 00011645 – 11649.

20.    Attached hereto as Exhibit 19 is a true and correct copy of an English-language translation of an internal Toray communication dated April 4, 1996 from O. Kuroiwa to N. Ichikawa, K. Maruyama and M. Kawamura, produced as HRA 00003782.

21.    Attached hereto as Exhibit 20 is a true and correct copy of a Japanese-language communication, dated June 11, 1996, sent from M. Kawamura to O. Kuroiwa, and an English-language translation.  Produced as TRA00230234.

22.    Attached hereto as Exhibit 21 is a true and correct copy of an internal Toho report dated April 14, 1997 written in the Japanese language, produced as HRA P 00011631 – 11634, and an English-language translation.

23.    Attached hereto as Exhibit 22 is a true and correct copy of a Japanese-language memorandum written by O. Kuroiwa, dated March 31, 1998, and an English-language translation.  Produced as HRA P 00011627 – 11628.

24.    Attached hereto as Exhibit 23 is a true and correct copy of Japanese-language correspondence written by K. Iwanari, dated September 12, 1997, and an English-language translation. Produced as HRA P 00011506 – 11511.

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

NYDOCS:48176.1

25.     Attached hereto as Exhibit 24 is a true and correct copy of correspondence written by W. Beasley dated May 17, 1993, with handwritten notes written by D.J. Delong (see Exhibit 54 at ¶55). Produced as BPA05020119.

26.     Attached hereto as Exhibit 25 is a true and correct copy of the letter from J. Briggs providing written notice of Hexcel's termination of the Modification to the Joint Defense Agreement as to Ineos Polymers, Inc, dated November 14, 2008.

27.     Attached hereto as Exhibit 26 is a true and correct copy of a Japanese-language handwritten fax authored by S. Kondo, dated March 27, 1995, and an English-language translation. Bates Numbers KBK00061212 – 215.

28.     Attached hereto as Exhibit 27 is a true and correct copy of a Japanese-language report, dated May 18, 1995, written by N. Ichikawa, and an English-language translation. Bates Numbers TRI01751332 – 366.

29.     Attached hereto as Exhibit 28 is a true and correct copy of a document produced by S. Kondo, written partly in Japanese and partly in English, dated March 6, 1996, and English-language translations of those portions of the document written in Japanese.  Bates Numbers KBK00070005 – 70009.

30.     Attached hereto as Exhibit 29 is a true and correct copy of an Indictment against Toho Carbon Fibers, Inc., Toho Tenax Co., Ltd., and J. Takeda, filed March 19, 2002, in the US District Court for Central California in Case No. CR 02-281. Produced as HRA 00003847 – 3852.

31.     Attached hereto as Exhibit 30 is a true and correct copy of a DOJ interview of J. Yoshida, dated December 7, 2000. Produced as HRA 00006233 – 6261.

32.     Attached hereto as Exhibit 31 is a true and correct copy of Change of Plea entry, filed May 30, 2002, in the US District Court for Central California in Case No. CR 02-281-DT.

33.     Attached hereto as Exhibit 32 is a true and correct copy of the Subpoena served upon the Hexcel Corporation on February 25, 1999. Produced as HRA 00003391 – 3410.

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

34.    Attached hereto as Exhibit 33 is a true and correct copy of excerpts from the July 8, 2010, Deposition transcript of J. Yoshida.

35.    Attached hereto as Exhibit 34 is a true and correct copy of excerpts from the August 18, 2005, Deposition transcript of K. Iwanari.

36.    Attached hereto as Exhibit 35 is a true and correct copy of excerpts from the September 11, 2002, Deposition transcript of M. Katsumoto.

37.    Attached hereto as Exhibit 36 is a true and correct copy of excerpts from the July 23, 2005, Deposition transcript of M. Kawamura.

38.    Attached hereto as Exhibit 37 is a true and correct copy of excerpts from the November 22, 2002, Deposition transcript of O. Kuroiwa

39.    Attached hereto as Exhibit 38 is a true and correct copy of excerpts from the July 28, 2005, Deposition transcript of M. Katsumoto.

40.    Attached hereto as Exhibit 39 is a true and correct copy of excerpts from the May 19, 2004, Deposition transcript of M. Sekiguchi.

41.    Attached hereto as Exhibit 40 is a true and correct copy of a Memorandum from M. Weiner to I. Krakower, dated March, 2001. Produced as HRA P 00011389 – 11403.

42.    Attached hereto as Exhibit 41 is a true and correct copy of the exhibits attached to the March, 2001 Memorandum from M. Weiner to I. Krakower. Produced as HRA P 00011404 – 11462.

43.    Attached hereto as Exhibit 42 is a true and correct copy of excerpts from the October 18, 2002, Deposition of J. Yoshida, including excerpts dealing with the introduction of Exhibit 778, attached as Exhibit 6 to this Declaration, bearing document control numbers HRA 00003778, Toho 025761 and THR 00053936.

44.    Attached hereto as Exhibit 43 is true and correct copy of Exhibit 928, introduced at the May 19, 2004, Deposition of M. Sekiguchi, bearing document control numbers Toho 025761 and THR 00053936, and an English language translation.

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

NYDOCS:48176.1

45.      Attached hereto as Exhibit 44 is a true and correct copy of excerpts from the May 19, 2004, Deposition of M. Sekiguchi, including excerpts dealing with the introduction of Exhibit 928, attached as Exhibit 43 to this Declaration, bearing document control numbers Toho 025761 and THR 00053936.

46.      Attached hereto as Exhibit 45 is a true and correct copy of Exhibit 1271, introduced at the May 7, 2004, Deposition of K. Maruyama, bearing document control numbers WTS 20 1306 – 1325, with an English language translation of the first page of the document (document control number WTS 20 1306).

47.      Attached hereto as Exhibit 46 is a true and correct copy of excerpts from the May 7, 2004, Deposition transcript of K. Maruyama, including excerpts dealing with the introduction of Exhibit 1271, attached as Exhibit 45 to this Declaration, bearing document control numbers WTS 20 1306 – 1325.

48.      Attached hereto as Exhibit 47 is a true and correct copy of excerpts from the August 11, 2005, Deposition transcript of J. Habermeier.

49.      Attached hereto as Exhibit 48 is a true and correct copy of excerpts from the July 7, 2002, Deposition transcript of R. Dobesh.

50.      Attached hereto as Exhibit 49 is a true and correct copy of excerpts from the July 26, 2005, Deposition transcript of J. Burns.

51.      Attached hereto as Exhibit 50 is a true and correct copy of excerpts from the September 20, 2002, Deposition transcript of J. Burns.

52.      Attached hereto as Exhibit 51 is a true and correct copy of excerpts from the August 22, 2002, Deposition transcript of H. Tucci.

53.      Attached hereto as Exhibit 52 is a true and correct copy of excerpts from the August 4, 2005, Deposition transcript of M. Mettenet.

54.      Attached hereto as Exhibit 53 is a true and correct copy of excerpts from the October 2, 2002, Deposition transcript of M. Mettenet.

55.      Attached hereto as Exhibit 54 is a true and correct copy of excerpts from the April 4, 2002, Deposition transcript of W. C. Beasley.

Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment

56.   Attached hereto as Exhibit 55 is a true and correct copy of excerpts from the June 12, 2003, Deposition transcript of T. Boretto.

57.   Attached hereto as Exhibit 56 is a true and correct copy of excerpts from the April 11, 2003 Deposition transcript of D. Delong.

58.   Attached hereto as Exhibit 57 is a true and correct copy of the Memorandum of Points and Authorities in Support of Hercules Incorporated's Amended Motion for Summary Judgment or, in the Alternative, Summary Adjudication of Issues on Statute of Limitations Grounds in *Cytec Engineered Materials, Inc. v. B.P. Amoco Polymers, Inc., et al.*, Case No. BC370895 (California Superior Court, Los Angeles County Nov. 26, 2008).

59.   Attached hereto as Exhibit 58 is a true and correct copy of notes from the DOJ Interview of Shinichi Kondo, regional manager of KBK, Inc. (Atlanta), dated June 15, 2000.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed this 13th day of September 2010, at Washington, DC.

_____
Daniel J. Matheson

NYDOCS:48176.1
Case No. 2:09-cv-05334-MRP-RNB
Decl. of Daniel J. Matheson ISO Hexcel's
Opp. to Motion for Summary Judgment